**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1067**

_____

PAKUJA CRYSTAL VANG,

        Plaintiff - Appellant,

     v.

MELISSA MITCHELL, Safety Manager; SCOTT COE, Plant Manager; BRITTANY HERMAN, Circa Plant Human Resource; NANCY YANG, Main Plant Coordinator; VALDESE WEAVER,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00232-MR-WCM)

_____

Submitted:  June 22, 2023                                    Decided:  June 26, 2023

_____

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pakuja Crystal Vang, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pakuja Crystal Vang appeals the district court's order dismissing without prejudice her complaint alleging claims under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213.   We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *Vang v. Mitchell*, 1:22-cv-00232-MR-WCM (W.D.N.C. Jan. 3, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*